**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2354**

MICHAEL ANDRE ARTIS,

                    Plaintiff – Appellant,

          v.

NEWPORT NEWS SHIPBUILDING AND DRYDOCK COMPANY,

                    Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
District Judge.  (4:07-cv-00054-RBS-JEB)

Submitted:  April 16, 2009          Decided:  April 20, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Andre Artis, Appellant Pro Se.  Kurt George Larkin, Hill
B. Wellford, Jr., HUNTON & WILLIAMS, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Andre Artis appeals the district court's order accepting the magistrate judge's report and recommendation to grant Defendant's summary judgment motion on his claims asserting unlawful discharge and retaliatory refusal to rehire, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), the Labor and Management Relations Act of 1947, 29 U.S.C. § 185 (2006), and Virginia law. We have reviewed the record and find no reversible error. Accordingly, we deny Artis's motion for production of transcript at government expense and affirm the district court's order. See Artis v. Newport News Shipbuilding & Drydock Co., No. 4:07-cv-00054-RBS-JEB (E.D. Va. Nov. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED